JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>CROSSROADS FILMS, INC.; CROSSROADS FILMS, INC. dba X-RAY PRODUCTIONS, INC.,<br><br>Defendants. | Case No. 2:15-cv-09232-ODW (AJW)<br><br>**JUDGMENT** |

On November 30, 2015, Plaintiffs Board of Directors of the Motion Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, and Board of Directors of the Motion Picture Industry Health Plan (collectively "Plans") filed this action against Defendants Crossroad Films, Inc. ("Crossroads") and Crossroads Films, Inc. dba X-Ray Productions ("X-Ray") for the recovery of delinquent contributions under the Employee Retirement Income Security Act of 1974.  (ECF No. 1.)  On February 2, 2016, the Clerk of Court entered a default against both Crossroads and X-Ray.  (ECF Nos. 16, 17.)  On June 22, 2016, this Court

granted the Plans' Motion for Entry of Default Judgment against Crossroads and X-Ray. (ECF No. 21.)

In accordance with that Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Crossroads is liable for each of the causes of action asserted against it in the Plans' Complaint;

2. The Plans shall recover from Crossroads the sum of Six Hundred and Sixty Thousand Five Hundred and Fifty Six Dollars and Fifty-Eight Cents ($660,556.58);

3. X-Ray is liable for each of the causes of action asserted against it in the Plans' Complaint;

4. The Plans shall recover from X-Ray the sum of Fifteen Thousand Seven Hundred and Fifty Six Dollars and Eighty-Seven Cents ($15,756.87);

5. The Plans shall recover from Crossroads and X-Ray jointly and severally in the amount of Five Hundred and Fifty Nine Dollars and Sixteen Cents ($559.16).

**IT IS SO ORDERED.**

June 22, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**